ARTHUR SCHWARTZ, Appellant, v. LEO GREENBERG, Respondent.—

In our opinion the proof establishes that there was a valid and binding oral agreement entered into by the parties upon which their minds met in all respects; and failure to deliver a signed copy of the writing setting forth the terms of that agreement cannot defeat its enforcement. (*Pratt* v. *Hudson Riv. R. R. Co.*, 21 N. Y. 305, 308; *Sherry* v. *Proal*, 131 App. Div. 774, 776.) The signing by respondent of a copy of the writing setting forth the terms of the agreement constituted a memorandum sufficient to satisfy the Statute of Frauds. (2 Williston on Contracts [Rev. ed.], § 579A; Restatement, Contracts, § 216; *Argus Co.* v. *Mayor of Albany*, 55 N. Y. 495.) Appellant proved damages in the above-stated amount

within subdivision 2 of section 145 of the Personal Property Law (*Agar* v. *Orda,* 264 N. Y. 248) and is entitled to interest thereon from the time of respondent's refusal to perform. (Civ. Prac. Act, § 480; *Steinbugler* v. *Atwater & Co.,* No. 1., 264 App. Div. 864, affd. 289 N. Y. 816.) Findings of fact inconsistent herewith are reversed and new findings will be made. Carswell, Adel, Sneed and Wenzel, JJ., concur; Nolan, P. J., dissents and votes to affirm. Settle order on notice. [For opinion denying motion to dismiss complaint see 199 Misc. 117.]